IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE PAUL LA STRAPE,

    Plaintiff,                               No. CIV S-08-1237 GEB DAD PS

    vs.

E & J GALLO WINERY, et al.,

    Defendants.                            <u>ORDER</u>

/

        Plaintiff, an individual proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. §§ 1981, 1983, 1985 and 1986. The case has been referred to the undersigned pursuant to Local Rule 72-302(c)(21) and 28 U.S.C. § 636(b)(1).

        Plaintiff alleges violations of his civil rights based upon events that allegedly took place in Stanislaus County. Plaintiff also alleges that he is "a resident of Sacramento County, thereby making the Sacramento Division of the above-entitled court a proper venue to bring this action." (Compl. at 2.) Plaintiff's assertion that he resides in Sacramento County appears to be contradicted by the Salida, California address set forth in the caption of his complaint and on his civil cover sheet. Salida is located in Stanislaus County, and indeed plaintiff indicates on his civil cover sheet that his county of residence is Stanislaus County. However, it is not plaintiff's residence that determines proper venue for this action.

1

The United States District Court for the Eastern District of California sits in Fresno as well as Sacramento. Intra-district venue is governed by Local Rule 3-120, which provides as follows:

> **(d) Commencement of actions.** All civil and criminal actions and proceedings of every nature and kind cognizable by the United States District Court for the Eastern District of California arising in Calaveras, Fresno, Inyo, Kern, Kings, Madera, Mariposa, Merced, <u>Stanislaus</u>, Tulare and Tuolumne counties shall be commenced in the United States District Court sitting in Fresno, California . . . .

Local Rule 3-120(d) (emphasis added).

Here, all of the alleged violations of civil rights took place in Stanislaus County. The action thus arose in Stanislaus County and should have been commenced in the Fresno Division of the court. When an action has not been filed in the proper division of this court, the court may, on its own motion, transfer the action to another venue within the district. Local Rule 3-120(f). The undersigned will transfer this action to the Fresno Division of the court for a ruling on plaintiff's in forma pauperis application and for all further proceedings.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number to be assigned and shall be filed only at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: June 5, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\lastrape1237.ord.transfer.Fresno

2